# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CHIKESIA CLEMONS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **WAFFLE HOUSE, INC.,** <br><br> **Defendant.** | **CIVIL ACTION NO.** <br> **1:19-CV-05127-MLB** |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The Parties in this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action on or after March 24, 2021, including all claims and counterclaims stated therein against all Parties. Each Party will bear its/her own attorney's fees, costs and expenses.

By: *[signature]* /Date 03/08/21
William B. Hill, Jr.
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309
*Attorney for Waffle House, Inc.*

By: *[signature]* /Date 3/10/21
Benjamin Crump
BEN CRUMP LAW PLLC
122 S. Calhoun Street
Tallahassee, Florida 32301
*Attorney for Plaintiff*

## ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice, effective March 24, 2021.

**SO ORDERED** this 12th day of March, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE